UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JALEN TORRIANO TURNER,

    Plaintiff,

v.

SARAH SCHROEDER, et al.,

    Defendants.

_____/

Case No. 2:24-cv-98

HON. JANE M. BECKERING

**ORDER**

    This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. The remaining Defendants filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19) and a Motion to Strike Plaintiff's Unsanctioned Sur-Reply (ECF No. 24). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 28) on June 5, 2025, recommending that this Court grant in part and deny in part the motion for summary judgment and grant the motion to strike. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 28) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19) is GRANTED IN PART AND DENIED IN PART. Specifically, the motion is granted as to Defendant VanAcker, but denied as to Defendant Anderson.

2

Defendant VanAcker is TERMINATED from this action.  Plaintiff's First Amendment retaliation claim against Defendant Anderson remains in the case.

**IT IS FURTHER ORDERED** that the Motion to Strike Plaintiff's Unsanctioned Sur-Reply (ECF No. 24) is GRANTED.  The Sur-Reply (ECF No. 23) is STRICKEN.

Dated: July 8, 2025                                      /s/ Jane M. Beckering
                                                                    JANE M. BECKERING
                                                                    United States District Judge